IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:13-CV-88-MR-WCM |
| ) | (Financial Litigation Unit) |
| KELLY MCCUNE PEARSON, ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| WAL-MART ASSOCIATES, INC., ) | |
| Garnishee. ) | |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 25) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 19) against Defendant Kelly McCune Pearson is **DISMISSED.**

Signed: March 2, 2022

W. Carleton Metcalf
United States Magistrate Judge